IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON FRENKEL,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **BRUCE K. KLEIN,** *et al.*, | : | No. 14-2275 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **11th** day of **August**, **2014**, upon consideration of Plaintiff's Application for Default Judgment (Document No. 9) and Plaintiff's Memorandum of Law in Support of Request for Default Judgment (Document No. 10), it is hereby **ORDERED** that:

1.  The Application (Document No. 9) is **GRANTED.**

2.  Judgment on Counts I and II of the Complaint is entered in favor of Leon Frenkel and against Bruce K. Klein and Victory Partners, Inc., jointly and severally, in the total amount of $263,857.42, as follows:

    A.  Damages in the amount of $250,836.16 plus $62.88 *per diem*;[1]

    B.  Attorneys' fees in the amount of $12,525.04; and

    C.  Costs in the amount of $496.22.

3.  Judgment on Counts III and IV of the Complaint is entered in favor of Leon Frenkel and against Bruce K. Klein, in the total amount of $38,934.81, as follows:

---

[1] This calculation reflects the total amount of damages as of today, August 11, 2014. Interest begins to accrue at the *per diem* rate on August 12, 2014.

      A.      Damages in the amount of 36,815.07 plus $10.27 *per diem*;[2]

      B.      Attorneys' fees in the amount of $2,038.96; and

      C.      Costs in the amount of $80.78.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**

---

[2] This calculation reflects the total amount of damages as of today, August 11, 2014. Interest begins to accrue at the *per diem* rate on August 12, 2014.