IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON FRENKEL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | |
| BRUCE K. KLEIN, et al., | : | No. 14-2275 |
| Defendants. | : | |

### ORDER

AND NOW, this **21st** day of **March, 2016**, upon consideration of Defendants' Motion to Set Aside Default Judgment (Document No. 28), Plaintiff's responses thereto, and Defendants' replies thereon, following an evidentiary hearing on January 22, 2016, and for the reasons provided in this Court's Memorandum dated March 21, 2016, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Plaintiff shall serve Defendants within thirty days.

3. Defendants shall either waive service pursuant to Federal Rule of Civil Procedure 4(d), authorize their attorneys to accept service on their behalf pursuant to Rule 4(e)(2)(C), or promptly provide Plaintiff with an address where they may be served.

BY THE COURT:

_____
Berle M. Schiller, J.