# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON FRENKEL, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRUCE K. KLEIN, et al., | : | No. 14-2275 |
|     Defendants. | : | |

## ORDER

AND NOW, this **22nd** day of **December, 2016**, upon consideration of Defendants' Motion for Partial Summary Judgment (Document No. 57) and Plaintiff's response thereto, and upon consideration of the parties' responses to the Court's Notice under Federal Rule of Civil Procedure 56(f), it is hereby **ORDERED** that:

1. The Defendant's Motion as to Count I is **DENIED**.

2. Summary judgment is **GRANTED** to Plaintiff for Count I as against Defendant Victory Partners, LLC.

BY THE COURT:

_____
**Berle M. Schiller, J.**