IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLA PASTERNACK, Executrix | : | |
| of the Estate of Leon Frenkel, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRUCE K. KLEIN, et al. | : | No. 14-2275 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **27th** day of **April, 2017**, it is hereby **ORDERED** that:

1. Defendant Bruce K. Klein is hereby found in civil **CONTEMPT OF COURT** for his failure to comply with the Court's Order of April 11, 2017 (Document No. 77).

2. Klein shall comply with the terms of the Settlement Agreement by **11:59 PM EDT** on **Friday, April 28, 2017**.

3. For every day subsequent to **Friday, April 28, 2017** that Klein fails to comply with Paragraph 2 of this Order, Klein **SHALL PAY** to the Eastern District of Pennsylvania a fine of $250 per day until he complies with the Settlement Agreement.

4. If Klein fails to pay the fine and fails to comply with the Settlement Agreement, and following a hearing at which Klein may offer evidence of his complete

inability to comply with this Order, Klein may be subject to additional sanctions, including incarceration.

BY THE COURT:

_____
**Berle M. Schiller, J.**