# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLA PASTERNACK, Executrix of the Estate of Leon Frenkel, Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : | |
| BRUCE K. KLEIN, et al., Defendants. | : : | No. 14-2275 |

## ORDER

**AND NOW**, this **17th** day of **October**, **2017**, upon consideration of Plaintiff's Petition for Attorneys' Fees and Costs and Defendants' response thereto, it is hereby **ORDERED** that Plaintiff's Petition for Attorneys' Fees and Costs (Document No. 103) is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff is hereby awarded and Defendants are hereby ordered to pay Plaintiff $131,142.56 in attorneys' fees.

2. Plaintiff is hereby awarded and Defendants are hereby ordered to pay Plaintiff $4,386.12 in costs.

BY THE COURT:

_____
**Berle M. Schiller, J.**